IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| WILLIAM E. HEALEY, and <br> JEANNETTE HEALEY, <br><br> Plaintiffs, <br><br> vs. <br><br> BRIAN J. PECKRON, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> )  Cause No.:   4:08-cv-1614 JCH <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

Having heard defendant's Motion to Compel a Rule 35 physical examination, the Court hereby ORDERS the following:

The plaintiffs have placed their physical condition at issue and good cause has been shown to order a physical examination for William E. Healey and Jeannette Healey pursuant to Rule 35, Fed.R.Civ.P.

William E. Healey is hereby ORDERED to submit to a physical examination by Dr. Marvin Mishkin on October 19, 2009, with William Healy to arrive at 12:30 p.m. to fill out paper work and for his physical examination to start at 1:00 p.m.

Jeanette Healy is hereby ORDERED to submit to a physical examination by Dr. Marvin Mishkin on October 19, 2009, with Jeanette Healy to arrive at 1:30 pm to fill out paper work and for her physical examination to start at 2:00 p.m.

Dr. Marvin Mishkin is located at Metropolitan Orthopaedic, 3009 N. Ballas Road, Suite 105B, St. Louis, Missouri 63121.

William E. Healey and Jeanette Healy are ordered to appear in the examination room individually, without the presence of any persons other then the plaintiff per the

schedule above, Dr. Mishkin and Dr. Mishkin's clinic staff, and without the presence of any video or audio recording devices.

SO ORDERED:

*Jean C. Hamilton*
Dated: 9/24/09